

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00611-CV

**INTEREST OF L.J.L.** and J.W.L., Minor Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

Opinion by:      Patricia O. Alvarez, Justice

Sitting:         Rebeca C. Martinez, Chief Justice
                 Patricia O. Alvarez, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: August 31, 2022

JUDGMENT VACATED, APPEAL DISMISSED

After this court issued its judgment in this appeal, Appellant Justin Little and Appellee Christy Little jointly move to dismiss this appeal. The parties state they have settled their dispute. They ask this court to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B); *In re Ortega*, 225 S.W.3d 610, 611 (Tex. App.—El Paso 2006, no pet.). They also ask this court to vacate its June 29, 2022 judgment and to expedite issuance of the mandate. *See* TEX. R. APP. P. 42.1(c), 18.1(c).

The parties' joint motion is granted. In accordance with the parties' agreement, we set aside the trial court's November 20, 2020 judgment "without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement." *See* TEX. R.

APP. P. 42.1(a)(2)(B); *In re Ortega*, 225 S.W.3d at 611. We vacate this court's June 29, 2022 judgment, withdraw the associated opinion and concurrence, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(c), 43.2(f).

Patricia O. Alvarez, Justice